KAREN L. LOEFFLER
United States Attorney

GARY M. GUARINO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska 99513-7567
Phone: (907) 271-3379
Fax: (907) 271-2344
gary.guarino@usdoj.gov
Alaska Bar No. 8209092

Attorney for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMIAH JAPHET, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF BETHEL; UNITED STATES OF AMERICA; HEALTHY SOLUTIONS STAFFING, LLC; ROBERT CARTNER <br><br> Defendants, <br><br> ──────────────────── <br><br> CITY OF BETHEL, <br><br> Third-Party Plaintiff, <br><br> vs. <br><br> UNITED STATES of AMERICA, and ERIC PETER, <br><br> Third-Party Defendants. | Case No. 4:12-cv-00024-RRB <br><br><br> **UNITED STATES' NOTICE OF SETTLEMENT AND MOTION FOR TEMPORARY STAY OF DISCOVERY** |

The United States herby notifies the Court that the United States and Plaintiff have reached a tentative settlement to resolve and dismiss all of Plaintiff's potential claims for liability and damages as to the United States in this action.

As a result of the tentative settlement, the United States moves the Court for an order granting the United States and Plaintiff a temporary stay of discovery, for 30 days, so that the parties can effectuate their settlement. The temporary stay will allow Plaintiff and the United States time to prepare the necessary settlement documents and file the required pleadings to dismiss Plaintiff's claims against the United States without incurring additional potentially unnecessary discovery expenses. If the tentative settlement is not finalized or is not effectuated, Plaintiff has agreed to grant the United States an extension of time to file its Final Witness List and Expert Disclosures.

Counsel for the Unites States has consulted with and advised Plaintiff's counsel that the government would file this Notice of Settlement. A proposed Order is attached for the Court's consideration.

RESPECTFULLY SUBMITTED on September 5, 2014.

KAREN L. LOEFFLER
United States Attorney

s/Gary M.   Guarino
Assistant U.S. Attorney
Attorney for the United States

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2014,
a copy of the foregoing was served electronically on

David Henderson
Jim J. Valcarce
William H. Ingaldson

s/Gary M. Guarino

*Japhet v. City of Bethel v. United States*
Case No. 4:12-cv-00024-RRB                3