Peter A. Sandberg
Jermain, Dunnagan & Owens, P.C.
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Phone: (907)563-8844
Fax: (907)563-7322
psandberg@jdolaw.com

Attorneys for Robert Cartner

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA AT FAIRBANKS

| | |
|---|---|
| JEREMIAH JAPHET, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF BETHEL, et al., )<br>)<br>Defendants. )<br>) | Case No.: 4:12-cv-24 (RRB) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Jeremiah Japhet, Robert Cartner and Healthy Solutions Staffing, LLC, by and through their attorneys of record and, pursuant to Federal R. Civ. P. 41(a)(1), hereby stipulate and agree that the claims of plaintiff Jeremiah Japhet against defendant Robert Cartner and Healthy Solutions Staffing, LLC are hereby dismissed with prejudice, with each party to bear their own attorney's fees and costs.

DATED this 22nd day of September, 2014, at Anchorage, Alaska.

*[signature]*

Peter A. Sandberg
JERMAIN, DUNNAGAN & OWENS, P.C.
ABA# 0611084
3000 A Street, Suite 300
Anchorage, AK 99503-4097
Phone: (907)563-8844
Fax: (907)563-7322
E-Mail: psandberg@jdolaw.com
Attorneys for Robert Cartner

DATED this 27th day of September, 2014, at Anchorage, Alaska.

*[signature]*

Thomas A. Matthews
MATTHEWS & ZAHARE, PC
ABA#8511179
431 W. 7th Ave., Suite 200
Anchorage, AK 99501
Phone: (907)276-1516
Fax: (907)276-8955
E-Mail: tom.matthews@matthewszahare.com
Attorneys for Healthy Solutions Staffing, LLC

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

DATED this 23 day of Sept, 2014, at Anchorage, Alaska.

_____
David Henderson
LAW OFFICES OF DAVID HENDERSON
ABA# 9808014
Box 2441
Bethel, AK 99559
Phone: (907)543-7891
Fax:    (907)543-1924
E-Mail: dh@henderson-law.com
Attorney for Jeremiah Japhet

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322

Certificate of Service

I hereby certify that on this 23 day of
Sept., 2014, a copy of the foregoing
was served via (✓) mail ( ) hand ( ) fax: ✉

Jim Valcarce
Valcarce Law Office
Box 409
Bethel, AK 99559

William Ingaldson
Ingaldson, Maasen & Fitzgerald, PC
813 W. 3rd Avenue
Anchorage, AK 99501

Gary Guarino, Assistant US Attorney
222 West Seventh Avenue
Anchorage, AK 99513

Chester Gilmore
Cashion Gilmore LLC
421 W. 1st Ave, Ste. 247
Anchorage, AK 99501

LAW OFFICES OF
JERMAIN DUNNAGAN & OWENS
A PROFESSIONAL CORPORATION
3000 A STREET, SUITE 300
ANCHORAGE, ALASKA 99503
(907) 563-8844
FAX (907) 563-7322