IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JEREMIAH JAPHET,<br><br>　　Plaintiff,<br><br>vs.<br><br>CITY OF BETHEL; UNITED STATES OF AMERICA; HEALTHY SOLUTIONS STAFFING, LLC; and ROBERT CARTNER,<br><br>　　Defendants.<br>_____<br>CITY OF BETHEL,<br><br>　　Third-Party Plaintiff,<br><br>vs.<br><br>UNITED STATES of AMERICA and ERIC PETER,<br><br>　　Third-Party Defendants. | Case No. 4:12-cv-00024-RRB<br><br><br>CONSOLIDATED with cases<br>4:12-cv-00027-RRB and<br>4:13-cv-00002-RRB<br><br><br><br><br><br>**ORDER GRANTING DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST ROBERT CARTNER and HEALTHY SOLUTIONS STAFFING, LLC.** |

Pursuant to the Stipulation for Dismissal at **Docket 53**, the claims of Plaintiff Jeremiah Japhet against Defendants Robert Cartner and Healthy Solutions Staffing, LLC are hereby **DISMISSED** with prejudice, each party to bear its own attorney fees and costs.

**IT IS SO ORDERED** this 14th day of October, 2014.

                                                  S/RALPH R. BEISTLINE
                                                  UNITED STATES DISTRICT JUDGE