```
                    UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF ALASKA
```

JEREMIAH JAPHET et al,
        Plaintiffs,
                                    Case Number 4:12-cv-00024-RRB
v.                                  (Consolidated with cases:
                                     4:12-cv-00027-RRB &
CITY OF BETHEL et al,                4:13-cv-00002-RRB)
        Defendants.
                                    **JUDGMENT IN A CIVIL CASE**


____  **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.


 XX   **DECISION BY COURT**.  This action came before the court.  The issues have been duly considered and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

        THAT this case be REMANDED to the Superior Court for the State of Alaska, Fourth Judicial District at Bethel, Alaska pursuant to 28 U.S.C. § 1447(c).


APPROVED:

S/ RALPH R. BEISTLINE
United States District Judge

Date: November 14, 2014

*NOTE: Award of prejudgment interest,*            Marvel Hansbraugh
*costs and attorney's fees are governed*          Marvel Hansbraugh,
*by D.Ak. LR 54.1, 54.3, and 58.1.*                 Clerk of Court


[Judgment 412-cv-00024.wpd]{JMT2.WPT*Rev.3/03}